[No. 40805-4-I.    Division One.    April 20, 1998.]

*In the Matter of the Marriage of* KAYE SANDFORD DINKELAKER, *Respondent*, and STEVEN E. DINKELAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-01506-8, Robert S. Lasnik, J., entered May 1, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Webster, JJ.

[No. 40815-1-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00687-4, Deborah D. Fleck, J., entered May 7, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40845-3-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE SANCHEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01494-0, Charles V. Johnson, J., entered May 22, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 40867-4-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM LYNNE BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02017-6, Charles V. Johnson, J., entered June 17, 1997. *Reversed* by unpublished per curiam opinion.